# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Chislett v. New York City Department of Education  **Docket No.:** 24-972

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Lauren L. O'Brien

Firm: New York City Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: 212-356-0852   Fax:

E-mail: lobrien@law.nyc.gov

**Appearance for:** New York City Department of Education and RICHARD CARRANZA, as Chancellor of New York City Department of Education / Defendants-Appellees
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Sylvia Hinds-Radix / New York City Law Department )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Lauren L. O'Brien

Type or Print Name: Lauren L. O'Brien