UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------------------X
LESLIE CHISLETT,

                      *Plaintiff-Appellant,*

   -against-

NEW YORK CITY DEPARTMENT
OF EDUCATION and RICHARD CARRANZA,
Chancellor of New York City Department of
Education

                      *Defendants-Appellees.*
-------------------------------------------------------------------X

**Docket #: 24-972**
**SDNY: 21-cv-09650-JLR-SN**

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Pursuant to Fed. R. App. P. 27 and Second Cir. L.R. 27.1, Plaintiff-Appellant Leslie Chislett moves the Court for an order extending the time for them to file a reply brief in this appeal by twelve days, from November 15, 2024 to and including November 27, 2025. Defendants-Appellees do not oppose the relief requested.

Plaintiff-Appellant respectfully requests this modest extension due to personal, family matters beyond counsel's control, as well as scheduling conflicts on numerous other matters, as set forth in the accompanying Declaration of Brian Heller, Esq. This is the first request for an extension of time made by Plaintiff-Appellant under Second Cir. L.R. 27.1. Counsel for Defendants-Appellees do not oppose the relief sought by this motion.

Accordingly, Plaintiff-Appellant respectfully submits that the brief extension of time requested herein is warranted.

Dated: New York, NY
       November 4, 2024

                                     **SCHWARTZ PERRY & HELLER LLP**
                                     *Attorneys for Plaintiff-Appellant*

By: _____
       BRIAN HELER
       DAVIDA S. PERRY
       3 Park Avenue, Suite 2700
       New York, NY 10016
       (212) 889-6565
       dperry@sphlegal.com
       bheller@sphlegal.com

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------------------X
LESLIE CHISLETT,
                                                                    Docket #: 24-972
                    Plaintiff-Appellant,                            SDNY: 21-cv-09650-JLR-SN

        -against-


NEW YORK CITY DEPARTMENT
OF EDUCATION and RICHARD CARRANZA,
Chancellor of New York City Department of
Education

                    Defendants-Appellees.
-------------------------------------------------------------------X
```

## DECLARATION IN SUPPORT OF UNOPPOSED
## MOTION TO EXTEND TIME TO FILE REPLY BRIEF

I, Brian Heller, declare as follows:

1.      I am an attorney admitted to practice before this Court and the State of New York, and am a Partner with the law firm of Schwartz Perry & Heller, LLP, counsel for Plaintiff-Appellant in this matter. I respectfully submit this declaration in support of Plaintiff-Appellant's unopposed motion to extend time to file her reply brief.

2.      I seek this relief primarily due to personal matters that are beyond my control. Specifically, my elderly mother-in-law, who suffers from dementia, has recently been hospitalized for aggression. We have been told that we must locate a new facility for her to reside in, which is taking substantial time from my practice. I am the principal attorney on this appeal, in a law firm that has two attorneys.

3.      Additionally, Plaintiffs-Appellants' counsel have multiple competing deadlines in other cases on March 8, 2024 and earlier that week, including: an opposition to a motion for summary judgment in a separate employment discrimination case in the Southern District that is

due on November 8, 2024; depositions in other cases; a hearing in a different matter; and a mediation with the Southern District's mediation program.

4. This is the first request for an extension of time made by Plaintiff-Appellant under Second Cir. L.R. 27.1.

5. Counsel for Defendants-Appellees do not oppose the relief sought by this motion.

6. Accordingly, I respectfully request that the extension sought, namely 12 additional days, be granted.

Dated: New York, NY
November 4, 2024

_____
BRIAN HELLER